## Empire Box Corporation of Stroudsburg v. Chesnut et al., Appellants.

Argued May 22, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*M. Louise Rutherford*, Deputy Attorney General, with her *James H. Duff*, Attorney General, for appellants.

*Sterling G. McNees*, with him *William Felstiner, James H. Booser, Spiro, Felstiner & Prager* and *McNees, Wallace & Nurick*, for appellee.

PER CURIAM, June 29, 1945.

It would be idle repetition to repeat the facts and law of this case, because both are fully set out in the able and comprehensive opinion of the learned court below. That the conclusion reached there is accurate beyond any doubt is clear.

Order affirmed.